UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


BURTON W. WIAND,
as Receiver for Valhalla Investment Partners,
L.P., Viking Fund, LLC, Viking IRA Fund, LLC,
Victory Fund, LED, Victory IRA Fund, LED,
and Scoop Real Estate, LP,

    Plaintiff,

vs.                                                        CASE NO. 8:10-CIV-112-T-17-MAP


LOUIS WANG,

    Defendant.
_____/


## ORDER GRANTING MOTION

The matter comes before this Court the defendant's motion to compel arbitration and dismiss complaint or, alternatively, stay action pending aribitration (Doc. 27) and response thereto (Doc. 29). The Court has reviewed the motion and the response and determined that the Court's previous Order Adopting Report and Recommendation, filed in a number of other cases brought by the plaintiff and related to this case, should control in this case as well. Therefore, the Court adopts the ruling therein and it is

**ORDERED** the defendant's motion to compel arbitration and dismiss complaint or, alternatively, stay action pending aribitration (Doc. 27) be **GRANTED**, the parties are to proceed to arbitration in accord with their agreements, the request for a stay is **GRANTED**, and the Clerk of Court is directed to administratively close this case and to term any pending

motions.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this 18th day of November, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record